UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:19-CR- 116 |
| v. | |
| S 786 S, INC., | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, defendant S 786 S, Inc. (hereinafter "defendant" or "S 786 S") and the United States agree and stipulate that at all relevant times:

1.    Federal law required corporations to report any interest in a foreign bank account, where the balance of such account exceeded $10,000, through the filing of Reports of Foreign and Financial Accounts ("FBARs") with the United Stated Department of Treasury, which is located in Washington, D.C. For calendar years 2012 and 2013, the deadline to file an FBAR was June 30th of the following year.

2.    S 786 S was a corporation incorporated in Virginia in January 2010. Prior to 2010, S 786 S was incorporated in Florida, where it incorporated in October 2006.

3.    S 786 S maintains one shareholder.

4.    Throughout 2012, the shareholder of S 786 S wired a total of $136,600.00 to S 786 S's bank account at Askari Commercial Bank in Pakistan.

5.    On January 9, 2013, the shareholder of S 786 S sent $14,377.00 to S 786 S's bank account at Askari Commercial Bank in Pakistan.

6.    Throughout this time, federal law required S 786 S to report its interest in the Askari

Commercial Bank account, as the balance in that foreign account exceeded $10,000.

7.      S 786 S failed to file FBARs for 2012 and 2013.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

By:      _____

ZIA M. FARUQUI, D.C. Bar 494990
Assistant United States Attorney
CHRIS KALTSAS, N.J. Bar 158592016
Special Assistant United States Attorney
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530
zia.faruqui@usdoj.gov
chris.kaltsas@usdoj.gov
202-252-7117 (Faruqui)
202-252-7785 (Kaltsas)

## DEFENDANT'S ACCEPTANCE

My name is Samiullah Khan Sahi, and I am authorized to act on behalf of S 786 S, Inc.

I have read this Statement of Offense and have discussed it with my attorney, John F. Hundley, Esq. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 7/31/19

_____
Samiullah Khan Sahi
Agent for Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have carefully reviewed the above Statement of Offense with the corporate representative for my client, S 786 S, Inc. I concur with its decision to stipulate to this Statement of the Offense.

Date: 7/31/17

_____
John F. Hundley, Esq.
Christopher A. Hatfield, Esq.
Attorneys for Defendant

3